No. A–292. BIZZARD *v.* UNITED STATES. Application for bail and/or writ of habeas corpus, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–388. MCLAIN *v.* MEIER, SECRETARY OF STATE OF NORTH DAKOTA, ET AL. Application for stay and injunctive relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–196. IN RE DISBARMENT OF BROADWELL. It is ordered that Paul Herbert Broadwell of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–197. IN RE DISBARMENT OF CAMPBELL. It is ordered that William H. Campbell, of Omaha, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–201. IN RE DISBARMENT OF NOONAN. It is ordered that Francis Patrick Noonan, of Poolesville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–203. IN RE DISBARMENT OF HENDERSON. It is ordered that Alan Burton Henderson, of Towson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.